# 563461

8

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

PAULA PELTAN,

      Plaintiff,

-vs-

Case: 2:07-cv-14591
Assigned To: Feikens, John
Referral Judge: Whalen, R. Steven
Filed: 10-26-2007 At 03:54 PM
CMP PELTAN V AMERICAN CREDIT ASSOC
LLC, ET AL (EW)

AMERICAN CREDIT ASSOCIATION LLC and
PHILLIPS & BURNS, LLC,

      Defendants.

## **COMPLAINT & JURY DEMAND**

### **Jurisdiction**

1. This court has federal question jurisdiction under the Fair Debt Collection Practices Act, 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331, 1337.

2. This court may exercise supplemental jurisdiction over the related state law claims arising out of the same nucleus of operative facts which give rise to the Federal law claims.

### **Parties**

3. The Plaintiff to this lawsuit resides in Centerline, Michigan in Macomb County.

4. PHILLIPS & BURNS, LLC, ("Phillips & Burns") is a corporation doing business in Michigan and whose resident agent is CSC-LAWYERS INCORPORATING SERVICE (COMPANY), 601 ABBOTT ROAD, EAST LANSING, MI 48823.

5. AMERICAN CREDIT ASSOCIATION LLC ("American Credit Association")is a corporation doing business in Michigan and whose resident agent is LOREN ZEIDMAN, 33045 HAMILTON CT W 100, FARMINGTON HILLS, MI 48334.

## Venue

6. The transactions and occurrences which give rise to this action occurred in Macomb County.

7. Venue is proper in the Eastern District of Michigan.

## General Allegations – Phillips & Burns

8. Prior to October 16, 2007, Phillips & Burns contacted the Plaintiff by phone.

9. Phillips & Burns never sent Plaintiff a notice under 15 U.S.C. § 1692g.

10. On October 16, 2007, Plaintiff received a phone message from Phillips & Burns.

11. The agent for Phillips & Burns was identified as being from, "the firm of Phillips & Burns" with "legal claims processing" and "with the county court."

12. The agent for Phillips & Burns left a "case number."

13. No notice was given under 15 U.S.C. § 1692e(11) during this message.

14. Later that day, Plaintiff was in direct phone contact with Phillips & Burns and this Defendant informed Plaintiff that it was, ". . .preparing legal documentation that needed to be filed."

15. During this communication, Phillips & Burns informed the Plaintiff that she was being charged 30% interest.

16. Phillips & Burns informed the Plaintiff that it would stop harassing her if she paid in full by October 29th, 2007.

17. At that point, Plaintiff then spoke with "Frank Torres" who claimed he was the pre-legal claim manager."

18. Phillips & Burns claimed that he sent a litigation letter to indicate that Phillips & Burns was filing a case with the county court.

19. Phillips & Burns claimed that Phillips & Burns was suing the Plaintiff and that she would receive a summons within 10 -15 days.

20. Phillips & Burns claimed that Citifinancial had hired Phillips & Burns to represent it in a "litigation case."

21. Phillips & Burns claimed that a lawsuit had been filed against the Plaintiff in Macomb County.

22. Phillips & Burns attempted to solicit a post-dated check from the Plaintiff.

23. Phillips & Burns claimed that it had already ordered the lawsuit to be filed and that Plaintiff would be served within 24 - 48 hours.

24. No notice was given under 15 U.S.C. § 1692e(11) during this phone call.

25. The actions of the Defendant Phillips & Burns were, *inter alia*, deceptive, false, harassing, illegal and abusive.

## General Allegations – American Credit Association

26. Within one year prior to the filing of this complaint, American Credit Association called the Plaintiff and told her she falsely that was being sued.

27. Recently, Plaintiff received a message from a Mr. Anthony from "ACA".

28. "ACA" is not the true name of the Defendant.

29. No notice was given under 15 U.S.C. § 1692e(11) during this message.

30. American Credit Association attempted collecting amounts not due by law or contract.

31. The actions of the Defendant Phillips & Burns were, *inter alia*, deceptive, false, harassing, illegal and abusive.

## COUNT I – Fair Debt Collection Practices Act (Phillips & Burns)

32. Ms. Peltan incorporates the preceding allegations by reference.

33. At all relevant times Phillips & Burns – in the ordinary course of its business – regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

34. Phillips & Burns is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

35. Phillips & Burns's foregoing acts in attempting to collect this alleged debt against Ms. Peltan constitute violations of the FDCPA.

36. Ms. Peltan has suffered damages as a result of these violations of the FDCPA.

## COUNT II – Michigan Occupational Code (Phillips & Burns)

37. Ms. Peltan incorporates the preceding allegations by reference.

38. Phillips & Burns is a "collection agency" as that term is defined in the Michigan Occupational Code, M.C.L. § 339.901(b).

39. Ms. Peltan is a debtor as that term is defined in M.C.L. § 339.901(f).

40. Phillips & Burns's foregoing acts in attempting to collect this alleged debt against Ms. Peltan constitute violations of the Occupational Code.

41. Ms. Peltan has suffered damages as a result of these violations of the Michigan Occupational Code.

## COUNT III – Intentional Infliction of Emotional Distress (Phillips & Burns)

42. Ms. Peltan incorporates the preceding allegations by reference.

43. Phillips & Burns intentionally acted with malice and with the knowledge that its illegal acts would create undue emotional distress.

44. Phillips & Burns' intentional acts did cause undue emotional distress in the Plaintiff.

45. Plaintiff has suffered damages as a result of this intentional infliction of emotional distress.

## COUNT IV – Fair Debt Collection Practices Act (American Credit Association)

46. Ms. Peltan incorporates the preceding allegations by reference.

47. At all relevant times American Credit Association – in the ordinary course of its business – regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

48. American Credit Association is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

49. American Credit Association's foregoing acts in attempting to collect this alleged debt against Ms. Peltan constitute violations of the FDCPA.

50. Ms. Peltan has suffered damages as a result of these violations of the FDCPA.

## COUNT V – Michigan Occupational Code (American Credit Association)

51. Ms. Peltan incorporates the preceding allegations by reference.

52. American Credit Association is a "collection agency" as that term is defined in the Michigan Occupational Code, M.C.L. § 339.901(b).

53. Ms. Peltan is a debtor as that term is defined in M.C.L. § 339.901(f).

54. American Credit Association's foregoing acts in attempting to collect this alleged debt against Ms. Peltan constitute violations of the Occupational Code.

55. Ms. Peltan has suffered damages as a result of these violations of the Michigan Occupational Code.

## COUNT VI – Intentional Infliction of Emotional Distress (American Credit Association)

56. Ms. Peltan incorporates the preceding allegations by reference.

57. American Credit Association intentionally acted with malice and with the knowledge that its illegal acts would create undue emotional distress.

58. American Credit Association' intentional acts did cause undue emotional distress in the Plaintiff.

59. Plaintiff has suffered damages as a result of this intentional infliction of emotional distress.

## Demand for Jury Trial

60. Plaintiff demands trial by jury in this action.

## Demand For Judgment for Relief

*ACCORDINGLY, Ms. Peltan requests that the Court:*

a. *Assume jurisdiction over all claims;.*

b. *Award actual damages.*

c. *Award statutory damages.*

d. *Award punitive damages.*

e. *Award statutory costs and attorney fees.*

        Respectfully Submitted,

        ADAM G. TAUB & ASSOCIATES
        CONSUMER LAW GROUP, PLC

By: _____
        Adam G. Taub (P48703)
        Attorney for Paula Peltan
        18930 West 10 Mile Rd. Suite 2500
        Southfield, MI 48075
        (248) 746-3790
        adamgtaub@clgplc.net

Dated: October 26, 2007

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

County in which this action arose __MACOMB__

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**ORIGINAL**

### I. (a) PLAINTIFFS
PAULA PELTAN

### DEFENDANTS
AMERICAN CREDIT ASSOCIATION LLC, PHILLIPS & BURNS LLC

**(b)** County of Residence of First Listed Plaintiff __MACOMB__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Adam G Taub & Associates Consumer Law Group, PLC
18930 W Ten Mile Road - Ste 2500, Southfield, MI 47075-2629
(248) 746-3790

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Select One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III.

Case: 2:07-cv-14591
Assigned To: Feikens, John
Referral Judge: Whalen, R. Steven
Filed: 10-26-2007 At 03:54 PM
CMP PELTAN V AMERICAN CREDIT ASSOC LLC, ET AL (EW)

Citizen or Subject of a Foreign Country ☐ 3 ☐ 3  Foreign Nation ☐ 6 ☐ 6

### IV. NATURE OF SUIT (Select One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ■ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Access to Justice
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN (Select One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692

Brief description of cause:
The above named defendants have violated the Fair Debt Collection Practices Act

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 10/26/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____


**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed? ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

ORIGINAL