UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULA PELTAN,

     Plaintiff,                               Case No. 07-14591
                                                    Hon. John Feikens
v.

AMERICAN CREDIT ASSOCIATION LLC,
PHILLIPS & BURNS, LLC, and
ELITE REHAB, LTD,

     Defendants.
_____/

## ORDER OF DISMISSAL

Plaintiff Paula Peltan originally filed this suit against two entities, American Credit Association, LLC and Phillips & Burns, LLC, whom she alleged were in violation of the Fair Debt Collection Practices Act. This Court had original subject-matter jurisdiction over the federal claims, and supplemental jurisdiction over the state-law claims. Ms. Peltan timely amended her Complaint to add Elite Rehab, LTD as a defendant, alleging a violation of the Michigan Collection Practices Act. Elite Rehab, LTD filed counterclaims for breach of contract and unjust enrichment based on Ms. Peltan's alleged failure to pay for physical therapy services rendered.

Ms. Peltan has voluntarily dismissed both Phillips & Burns, LLC, and American Credit Association, LLC. With all federal claims dismissed, and there being no basis for diversity jurisdiction, as permitted by 28 U.S.C. § 1367(c)(3), I decline to exercise supplemental jurisdiction over the remaining state-law claims. Therefore, I hereby DISMISS without prejudice the remainder of Ms. Peltan's Complaint and Elite Rehab, LTD's Counter-Complaint.

**IT IS SO ORDERED.**

Date:      October 5, 2009           s/John Feikens
                                     United States District Judge

| Proof of Service |
| --- |
| I hereby certify that the foregoing order was served on the attorneys/parties of record on October 5, 2009, by U.S. first class mail or electronic means.<br><br>                    s/Carol Cohron<br>                    Case Manager |